# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129453(88)(89)

CITY OF MT. PLEASANT,
　　　　　Petitioner-Appellant,

v

STATE TAX COMMISSION,
　　　　　Respondent-Appellee.
_____

SC:　　129453
CoA:　253744
MTT: 00-191496, 196247, 238596,
240992, 240993, 240994, and 240995

　　　　　On order of the Chief Justice, motions by petitioner appellant for extension of the page limit and extension of the time for filing its reply brief are considered and they are GRANTED.



　　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2006　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk